J. Aron Carnahan (Admitted *Pro Hac Vice*)
Aron.Carnahan@huschblackwell.com
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone:  (312) 526-1612
Facsimile:   (312) 655-1501

Attorney for Plaintiff
MGI Digital Technology S.A.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| MGI DIGITAL TECHNOLOGY S.A., | Case No. 8:22-cv-00979-DOC-KES |
|---|---|
| Plaintiff, | Honorable Judge David O. Carter |
| v. | **PLAINTIFF MGI DIGITAL TECHNOLOGY S.A.'S PROPOSED VOIR DIRE QUESTIONS** |
| DUPLO U.S.A. CORPORATION, | |
| Defendant. | |

Plaintiff, MGI Digital Technology S.A. ("Plaintiff") pursuant to Local Rule 51-1, hereby submits its proposed *voir dire* questions that Plaintiff requests the court consider asking of the jury panel.

1. I will identify the list of witnesses who may provide testimony in this case.  Please raise your hand if you are familiar with any of these witnesses.

   a. Edmond Abergel
   b. Benoit Baneat
   c. Michael Abergel
   d. Raphael Renaud
   e. Kevin Abergel
   f. Victor Abergel
   g. Dr. Ruoxi Rachel Ma
   h. Marcus Reading
   i. Gary Stringham
   j. Anthony Blanco

|   |   |   |
|---|---|---|
| 1 | k. | Anthony Gandara |
| 2 | l. | Si Nguyen |
| 3 | m. | Richard Salinas |
| 4 | n. | Peter Tu |
| 5 | o. | Shuhei Yamamoto |
| 6 | p. | Carrie Distler |
| 7 | q. | Charles Reinholtz |
| 8 | r. | Regis Thienard |

2. Before today, have you heard anything about this case, MGI Digital Technology S.A. v. Duplo U.S.A. Corporation

3. Before today, have you heard of any of the following brands or products: MGI, JetVarnish, Duplo, DDC-810, DDC-8000?

4. Do you know any of the attorneys for the parties in this case?
   a. Aron Carnahan
   b. Don J. Mizerk
   c. Philip D. Segrest
   d. Mhare Ohan Mouradian
   e. Jennifer Hoekel
   f. Jeffrey C. Mok
   g. Jacqueline Tio
   h. John T. Johnson
   i. Tyler R. Train
   j. Christopher Marchese
   k. Mohammed Reza Kameli

5. Have any of you or a family member been a party to a lawsuit?
   a. If yes what kind?

    b.  Were you satisfied with the outcome?

6.  Do you or anyone in your family or close friends work in:

    a.  Law, law firms, court systems;

    b.  Law enforcement;

    c.  Engineering or computer science; or

    d.  Software or hardware design.

7.  Have you invented or developed any technology yourself, as an individual or as part of your employment?

    a.  If yes, please explain what you invented.

8.  Have you ever created or invented something and felt that someone else took or used your idea without your permission?  What happened?

9.  Has anyone ever filed for a patent?

    a.  If so, were you granted a patent?

    b.  Was there anything about that process that you felt was unfair or incorrect?

10.  Have you or any family member worked in the printing industry?

    a.  If so, doing what?

    b.  Are you familiar with print embellishment?

    c.  Have you ever purchased high end or commercial printing equipment?

    d.  If so, what brands or kinds of printers?

11.  There are different kinds of property rights.  You are familiar with real property, like land and houses.  This case involves intellectual property rights in the form of patents.  Is anyone hesitant to believe that parties can have rights in an idea or invention that is described in a patent?

    a.  Would anyone be hesitant to award money damages for someone improperly using another company's patented ideas?

12.  Have your or your significant other owned a business?

      a.    If so, what kind?

13. Does anyone have strong attitudes about foreign companies doing business in the US?

14. Does anyone have any strong feelings, either positive or negative, towards French business practices?

15. Does anyone have any strong feelings, either positive or negative, towards Japanese business practices?

16. You may be called upon in this case to decide liability or to award money damages to a party. Does anyone have any religious, philosophical, or other belief that would prevent you from deciding liability or prevent you from awarding money damages in this case?

Dated: January 30, 2024       HUSCH BLACKWELL LLP

By:  /s/ J. Aron Carnahan
Mhare Mouradian (SBN 233813)
mhare.mouradian@huschblackwell.com
HUSCH BLACKWELL LLP
300 South Grand Avenue
Suite 1500
Los Angeles CA 90071
Tel: (916)414-2611
Fax: (916)414-2612

Don J. Mizerk (SBN208477)
don.mizerk@huschblackwell.com
HUSCH BLACKWELL LLP
621 Capitol Mall, Suite 1550
Sacramento, CA 95814
Tel: (916) 414-2611
Fax: (916) 414-2612

J. Aron Carnahan (Admitted *Pro Hac Vice*)
Aron.Carnahan@huschblackwell.com
Philip D. Segrest, Jr.(Admitted *Pro Hac Vice*)
Philip.Segrest@huschblackwell.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Tel: (312) 655-1500
Fax: (312) 655-1501

*Attorneys for Plaintiff*
***MGI Digital Technology S.A.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 30, 2024, to counsel for Plaintiff, who has consented to electronic service.

/s/ *J. Aron Carnahan*
J. Aron Carnahan
Counsel for Plaintiff