John T. Johnson (CA 281609)
jjohnson@fr.com
Christopher S. Marchese (CA 170239)
marchese@fr.com
Tyler R. Train (CA 318998)
train@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 533-4240
Facsimile: (858) 678-5099

*Additional counsel listed on signature page*

Attorneys for Defendant
DUPLO U.S.A. CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MGI DIGITAL TECHNOLOGY S.A., <br><br> Plaintiff, <br><br> v. <br><br> DUPLO U.S.A. CORPORATION, <br><br> Defendants. | Case No. 8:22-cv-00979-DOC-KES <br><br> **DEFENDANT DUPLO U.S.A. CORPORATION'S [PROPOSED]** ***VOIR DIRE*** **QUESTIONS** <br><br> Trial Date: February 6, 2024 <br> Dept:    10A <br> Judge:   Hon. David O. Carter <br><br> Magistrate Judge: Hon Karen E. Scott <br> Special Master: David E. Keyzer |

Defendant Duplo U.S.A. Corporation ("Duplo USA") hereby submits the following proposed questions for the *voir dire* of prospective jurors.

1. Have you invented or developed an idea you thought had value, whether as part of your employment or on your own, or worked in research and development? If yes, please explain.

2. Have you, or has a close family member, ever created something or had an invention and felt that it was taken or used without your permission? If yes, please explain the circumstances the outcome.

3. Have you ever been accused of taking the idea of another? If yes, what were the circumstances? Who accused you and what was the outcome?

4. Who here believes the government sometimes makes mistakes?

5. Who here thinks the government never makes any mistakes?

6. What opinions or experience, if any, do you have regarding patents, the process for getting patents, the enforcement of patents, and the value of patents to the inventor and society? Are your opinions any different with respect to patents that are not used by the patent owner?

7. Have you, a close family member, ever tried to obtain a patent or worked on a project where a patent was applied for or granted? If so, please explain.

8. Have you or your employer ever been involved in a patent dispute? If yes, please explain.

9. Have you ever heard of the companies Konica Minolta or Kyocera? Have you, a close family member, or friend ever worked for Konica Minolta or Kyocera?

10. Have you or a close family member ever worked for a company that sells printing products or services?

    a. If so, what company?

    b. If so, can you please briefly explain what the job was and whether it was a favorable or negative experience?

11. Do you believe that you can still get ahead in this country through hard work?

12. Do you speak or understand another language? If so, what language?

13. Do you think companies that are publicly traded on a stock exchange are inherently successful or trustworthy?

14. Do you have any special training, education, or work experience in the following areas:

    a. Law, law firms, court system;

      b.      Law enforcement;

      c.      Patents, copyrights, trademarks;

      d.      Engineering or computer science;

      e.      Software design?

15. Have you ever filed a lawsuit or been a plaintiff in a lawsuit?

      a.      If yes, what was the case about?

      b.      Were you satisfied with the outcome?

16. Have you ever been sued or been the defendant in a lawsuit?

      a.      If yes, what the case about?

      b.      Were you satisfied with the outcome?

17. Have you, your significant other, or close family member ever owned a business, and if yes, what type of business? How many employees?

18. Have you ever had a close friend or family member that was a plaintiff in a lawsuit?

      a.      If yes, what was the case about?

      b.      Were they satisfied with the outcome?

Dated: January 30, 2024                FISH & RICHARDSON P.C.

By: */s/ John T. Johnson*
       John T. Johnson

Attorneys for Defendant
DUPLO U.S.A. CORPORATION

*Additional counsel*:

Jeffrey C. Mok *(pro hac vice)*
jmok@fr.com
Mohammad Reza Kameli *(pro hac vice)*
kameli@fr.com
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036

Tel: (212) 765-5070 | Fax: (212) 258-2291

Jacqueline Tio *(pro hac vice)*
tio@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005 | Fax: (404) 892-5002

Attorneys for Defendant
DUPLO U.S.A. CORPORATION