# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:22−CV−00979−DOC-KES                                      Date:  February 22, 2024

Title: MGI DIGITAL TECHNOLOGY S.A. V. DUPLO U.S.A. CORPORATION

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AS MOOT [371]**

On February 21, 2024, pursuant to the Court's Order (Dkt. 385), Defendant Duplo U.S.A. Corporation notified the Court that its Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(a) filed on February 12, 2024 (Dkt. 371) is now moot in view of the jury's verdict (Dkt. 381). The Court therefore grants Duplo USA's request and DENIES the motion (Dkt. 371) without prejudice as moot.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN