JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MGI DIGITAL TECHNOLOGY S.A., | Case No. 8:22-cv-00979-DOC-KES |
|---|---|
| Plaintiff, | **JUDGMENT IN A CIVIL ACTION** |
| v. | |
| DUPLO U.S.A. CORPORATION, | Judge: Hon. David O. Carter<br>Magistrate Judge: Hon Karen E. Scott<br>Special Master: David E. Keyzer |
| Defendants. | |

This action was tried by jury with Judge Carter presiding beginning February 6, 2024, and on February 13, 2024 the Jury rendered a verdict. The parties to the action are plaintiff MGI Digital Technology S.A. ("MGI") and defendant Duplo U.S.A. Corporation ("Duplo USA"). The verdict was accepted by the Court and filed as Dkt. 381.

Now, therefore, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Duplo USA and against MGI as follows:

1. Duplo USA does not infringe claims 1 and 12 of U.S. Patent No. 8,506,031 ("the '031 patent").
2. Duplo USA does not infringe claims 1, 2, 8, 9, 10, and 27 of U.S. Patent No. 8,783,806 ("the '806 patent").
3. Claims 1 and 12 of the '031 patent are invalid.

4. Claims 1, 2, 8, 9, 10, and 27 of the '806 patent are invalid.

5. Duplo USA does not infringe claims 1, 2, 4, and 32 of U.S. Patent No. RE45,067 (as previously ruled in Dkt. 317).

6. Claims 16 and 32 of the '067 patent are invalid (as previously ruled in Dkt. 317).

7. Duplo USA shall recover its costs in this action from MGI pursuant to Fed. R. Civ. P. 54.

8. Duplo USA's motion for judgment as a matter of law under Fed. R. Civ. P. 50(a) (Dkt. 371) is denied without prejudice as moot.

**IT IS SO ORDERED.**

Dated: February 26, 2024

*David O. Carter*

Honorable David O. Carter
United States District Court