UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MGI DIGITAL TECHNOLOGY S.A., <br><br> Plaintiff, <br><br> v. <br><br> DUPLO U.S.A. CORPORATION, <br><br> Defendants. | Case No. 8:22-cv-00979-DOC-KES <br><br> **ORDER GRANTING PARTIES' JOINT STIPULATED DISMISSAL OF CASE WITH PREJUDICE** <br><br> Judge: Hon. David O. Carter <br> Magistrate Judge: Hon Karen E. Scott |

Having considered the parties' Stipulated Motion for Dismissal With Prejudice, this Court **GRANTS** the Motion and it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims and defenses asserted in this suit are hereby dismissed with prejudice.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: July 18, 2024

*David O. Carter*

Honorable David O. Carter
United States District Court