RECEIVED
CLERK, U.S. DISTRICT COURT

7/22/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CL___ DEPUTY

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MGI DIGITAL TECHNOLOGY S.A.,**
*Plaintiff-Appellant*

v.

**DUPLO U.S.A. CORP.,**
*Defendant-Appellee*

---

2024-1640

---

Appeal from the United States District Court for the Central District of California in No. 8:22-cv-00979-DOC-KES, Judge David O. Carter.

---

### O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2  MGI Digital Technology S.A. v. Duplo U.S.A. Corp.

(2) Each side shall bear their own costs.

FOR THE COURT

July 22, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 22, 2024